IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY SNODGRASS, | No. C-05-3991 MMC |
| Petitioner, | **ORDER DENYING MOTION TO FILE SECOND AMENDED PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| A. P. KANE, Warden, | (Docket No. 20) |
| Respondent. | |

     On February 1, 2007, the Court issued an order granting respondent's motion to dismiss petitioner's first amended petition for a writ of habeas corpus, on the ground petitioner had not exhausted the claims set forth therein. On the following date, February 2, 2007, the Court entered judgment for respondent.

     Before the Court is petitioner's motion, filed February 7, 2007, for leave to file a second amended petition. Petitioner's motion contains no argument, however, with respect to how the proposed second amended petition cures the defect identified in the Court's February 1, 2007 order.

     Accordingly, petitioner's motion for leave to file a second amended petition for a writ of habeas corpus is hereby DENIED.

**IT IS SO ORDERED.**

Dated: February 8, 2007

                                                     MAXINE M. CHESNEY
United States District Judge