IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY SNODGRASS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>A. P. KANE, Warden,<br><br>　　　　Respondent.<br>_____/ | No. C-05-3991 MMC<br><br>**ORDER DIRECTING PETITIONER TO LODGE CHAMBERS COPY IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

　　　On February 11, 2007, petitioner electronically filed a motion for reconsideration of the Court's denial of petitioner's motion for leave to file a second amended petition for a writ of habeas corpus. Petitioner has violated General Order 45 and the Court's standing orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VII.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

　　　Petitioner is hereby ORDERED to comply with General Order 45 and the Court's standing orders by immediately submitting a chambers copy of the above-referenced document. Petitioner is hereby advised that if he fails in the future to comply with the Court's order to provide chambers copies of electronically-filed documents, the

1 | Court may impose sanctions, including, but not limited to, striking from the record any
2 | electronically-filed document of which a chambers copy has not been timely provided to the
3 | Court.
4 | **IT IS SO ORDERED.**
5 | Dated: March 8, 2007

MAXINE M. CHESNEY
United States District Judge